UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGNATH KHARAT,
Plaintiff,

-against-

FILMNATION ENTERTAINMENT, LLC; SEAN BAKER; NEON RATED, LLC; CRE FILM,
Defendants.

26-CV-5349 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion to file under seal three exhibits attached to the Complaint that contain Plaintiff's original screenplays. (*See* ECF 4.) Plaintiff's motion to seal is **GRANTED**. The Clerk of Court is respectfully requested to seal ECF 1-2, 1-3, and 1-4 with access to Court personnel and case participants, and to terminate ECF 4.

DATED: July 8, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**