UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGNATH KHARAT,
Plaintiff,

-against-

FILMNATION ENTERTAINMENT, LLC; SEAN BAKER; NEON RATED, LLC; CRE FILM,
Defendants.

26-CV-5349 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 13, 2026, Defendants filed a motion to dismiss the complaint (ECF 25). Plaintiff's deadline to respond to the motion to dismiss was October 27, 2026. The October 27, 2026 deadline to respond to the motion to dismiss has now expired.

Accordingly, I am nunc pro tunc extending the time for Plaintiff to file a response to the motion to dismiss until **November 6, 2026**. The Defendants shall submit their reply in further support of the motion to dismiss, if any, by **November 13, 2026**.

DATED: October 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**