UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGNATH KHARAT,
Plaintiff,

-against-

FILMNATION ENTERTAINMENT, LLC; SEAN BAKER; NEON RATED, LLC; CRE FILM,
Defendants.

26-CV-5349 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on November 12, 2026:

Defendants' counsel informed the Court that Plaintiff (pro se) had emailed Defendants' counsel his Opposition to the pending Motion to Dismiss (ECF 25). The Court requested Defendants' counsel to email to my chambers email address a copy of Plaintiff's Opposition so that it could be placed on the docket. Attached hereto as Exhibit A is Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF 25).

DATED: November 12, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**